A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Sep 10, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Aug 26, 2010

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-33)**

**FILED**
SEP 10 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 655 F.Supp.2d 1343 (J.P.M.L. 2009). Since that time, 539 additional actions have been transferred to the Southern District of Illinois. With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Sep 10, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

SOUTHERN DISTRICT OF ILLINOIS
CERTIFIED TRUE COPY
By _____ Deputy Clerk
Date 9/10/10

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION                                MDL No. 2100

### SCHEDULE CTO-33 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**     **CASE CAPTION**

CALIFORNIA NORTHERN
  CAN  3  10-3018    Sherry Pablo, et al. v. Bayer Corp., et al.    *10-20418-DRH-PMF*
  CAN  3  10-3325    Lakeisha Jordan v. McKesson Corp., et al.    *10-20419-DRH-PMF*
  CAN  3  10-3361    Melody Whitaker, et al. v. McKesson Corp., et al.    *10-20420-DRH-PMF*
  CAN  3  10-3362    Heather Walton v. McKesson Corp., et al.    *10-20421-DRH-PMF*
  CAN  3  10-3364    Tamika Watkins v. McKesson Corp., et al.    *10-20422-DRH-PMF*
  CAN  4  10-3363    Jamie White v. McKesson Corp., et al.    *10-20423-DRH-PMF*

ILLINOIS NORTHERN
  ILN  1  10-4408    Alicia Robinson v. Bayer Healthcare Pharmaceuticals, Inc., et al.
                                                                                 *10-20424-DRH-PMF*

NEW JERSEY
  NJ  2  10-3908    Jean Brown v. Bayer Corp., et al.    *10-20425-DRH-PMF*
  NJ  2  10-3909    Jessica Sanders v. Bayer Corp., et al.    *10-20426-DRH-PMF*
  NJ  2  10-3910    Laura Keiter, et al. v. Bayer Corp., et al.    *10-20427-DRH-PMF*
  NJ  2  10-3912    Alexandria Beasley v. Bayer Corp., et al.    *10-20428-DRH-PMF*
  NJ  2  10-3915    Gretchen Sullivan v. Bayer Corp., et al.    *10-20429-DRH-PMF*
  NJ  2  10-3916    Nicole Clark, et al. v. Bayer Corp., et al.    *10-20430-DRH-PMF*
  NJ  2  10-3917    Larissa Reynolds, et al. v. Bayer Corp., et al.    *10-20431-DRH-PMF*

OHIO NORTHERN
  OHN  5  10-1636    Allison Young v. Bayer Corp., et al.    *10-20432-DRH-PMF*